Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 18–27342
Chapter: 7
Judge: Pamela S. Hollis

In Re:
  Traci Louisville
  1718 Burry Circle Dr
  Crest Hill, IL 60403

                      Bobby Milner
                      1718 Burry Circle Dr
                      Crest Hill, IL 60403

Social Security No.:
  xxx–xx–9499                      xxx–xx–0292

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

    Joliet City Hall, 150 W Jefferson Street, 2nd Floor, Joliet, IL 60432

    on November 9, 2018 at 10:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

                                        FOR THE COURT

Dated: October 15, 2018                          <u>Jeffrey P. Allsteadt , Clerk</u>
                                              United States Bankruptcy Court

Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Traci Louisville
1718 Burry Circle Dr
Crest Hill, IL 60403
SSN: xxx–xx–9499 EIN: N.A.

Case No. : 18–27342
Chapter : 7
Judge : Pamela S. Hollis

Bobby Milner
1718 Burry Circle Dr
Crest Hill, IL 60403
SSN: xxx–xx–0292 EIN: N.A.

## FINAL NOTICE OF DEFICIENCY AND HEARING ON DISMISSAL OF CASE

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

- **Certificate of Credit Counseling.**
- **Statement of Financial Affairs (Form 107/207).**
- **Statement of Monthly Income (Form 122A−1/122A−1Supp).**
- **Schedule A−B (Form 106A/B).**
- **Schedule C (Form 106C).**
- **Schedule D (Form 106D).**
- **Schedule G (Form 106G).**
- **Schedule H (Form 106H).**
- **Schedule I (Form 106I).**
- **Schedule J (Form 106J).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: October 15, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court